# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL AREND,<br><br>    Plaintiff,<br><br>v.<br><br>BROCK INDUSTRIAL SERVICES, LLC, a Delaware Limited Liability Company, and THE BROCK GROUP, INC., a Delaware Corporation,<br><br>    Defendants. | No. 18-cv-03096<br><br>The Honorable Judge Robert Blakey<br><br>Magistrate Judge Sidney I. Schenkier |

## STIPULATION OF DISMISSAL WITH PREJUDICE

On June 4, 2020, Arbitrator Hon. Charles Clevert (Ret.) issued his decision dismissing Plaintiff Michael Arend's claim under the Americans With Disabilities Act for failure of proof. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned Parties by and through counsel, hereby jointly stipulate and agree to dismissal with prejudice of all claims in the above-caption matter brought by Plaintiff, Michael Arend against Defendants Brock Industrial Services, LLC and The Brock Group. The Parties respectfully request that the Court enter an order dismissing all claims with prejudice, without attorney's fees or costs awarded to either party.

*Respectfully submitted,*

| | |
|---|---|
| **MICHAEL AREND** | **BROCK INDUSTRIAL SERVICES, LLC AND THE BROCK GROUP** |
| By: */s/Sam Sedaei* <br>     One of His Attorneys | By: */s/Melissa A. Logan (with consent)* <br>     One of Their Attorneys |
| Jonathan C. Goldman <br> *Jon@GoldmanEhrlich.com* <br> Sam Sedaei <br> *Sam@GoldmanEhrlich.com* <br> GOLDMAN & EHRLICH <br> 20 South Clark Street, Suite 500 <br> Chicago, Illinois 60603 <br> 312.332.6733 | Paul E. Bateman <br> *pbateman@littler.com* <br> Melissa A. Logan <br> *mlogan@littler.com* <br> LITTLER MENDELSON, P.C. <br> 321 North Clark Street, Suite 1000 <br> Chicago, Illinois 60654 <br> 312.372.5520 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: June 11, 2020

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on June 11, 2020, he electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Sam Sedaei*